...
…

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01373-BNB

JUAN ZAPATA-LOYA, et al.,

    Petitioners,

v.

SIX UNKNOWN NAMES AGENTS, and
MR. PRESIDENT,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2009

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Petitioner Juan Zapata-Loya initiated this action by filing *pro se* a document that appears to be a civil rights complaint pursuant to 42 U.S.C. § 1983. In an order filed on June 12, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Mr. Zapata-Loya to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Zapata-Loya to file a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Zapata-Loya was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Zapata-Loya has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's June 12 order. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 22 day of July, 2009.

BY THE COURT:

_Zita Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01371-BNB

Juan Zapata-Loya
Reg No. 31579-013
Cibola County Correctional Institution
P.O. Box 3540
Milan, NM 87021

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/23/09

GREGORY C. LANGHAM, CLERK

By _____
            Deputy Clerk